# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-0743

_____

JOHN ELLIS HARTLEY,

Petitioner,

v.

JULIE L. JONES, DEPT. OF
CORRECTIONS,

Respondents.

_____

Petition for Writ of Habeas Corpus – Original Jurisdiction.

March 9, 2018

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits.

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Ellis Hartley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Kenneth S. Steely, Department of Corrections, Tallahassee, for Respondents.